SHOOK, HARDY & BACON L.L.P.
Rachel A. Straus (SBN 268836)
rstraus@shb.com
Megan Moran (SBN 356357)
mmoran@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: 424.285.8330
Fax: 424.204.9093

Attorneys for Defendant
Peet's Coffee, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAL MUNOZ, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>                          Plaintiff,<br><br>      v.<br><br>PEET'S COFFEE, INC.<br><br>                          Defendant. | Case No. 3:26-cv-00499-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed:        January 16, 2026<br>Current Response Date: April 19, 2026<br>New Response Date:    May 4, 2026 |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

This stipulation is entered into by Plaintiff Sal Munoz ("Plaintiff") and Defendant Peet's Coffee, Inc. ("Defendant"), by and through their respective counsel of record (collectively, the "Parties"), and the Parties hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint on January 16, 2026;

WHEREAS, Plaintiff served the Complaint on Defendant on January 26, 2026;

WHEREAS, on February 11, 2026, the Parties stipulated and agreed to extend Defendant's time to respond to the Complaint to March 19, 2026;

WHEREAS, on March 16, 2026, the Parties stipulated and agreed to extend Defendant's time to respond to the Complaint to April 19, 2020;

WHEREAS, Defendant requires additional time to review and evaluate the Complaint and prepare a responsive pleading;

WHEREAS, good cause exists for continuing Defendant's responsive pleading deadline to allow its counsel time to evaluate the claims in the Complaint;

WHEREAS, Plaintiff has agreed that Defendant's time to answer or otherwise respond to the Complaint should be further extended to May 4, 2026;

WHEREAS, if Defendant's response to the Complaint is a Rule 12 motion, the Parties agree to file a stipulated briefing schedule that, subject to Court approval, will provide Plaintiff with at least thirty (30) days to file his opposition to Defendant's Rule 12 motion and will provide Defendant with at least fourteen (14) days to file its reply in support of its motion; and

WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, the Parties agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

by Court order;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate as follows:

1.    The time for Defendant to file a responsive pleading to the Complaint shall be extended to and including May 4, 2026.

IT IS SO STIPULATED.

Dated: April 13, 2026                    SHOOK, HARDY & BACON L.L.P.

By: /s/ *Rachel A. Straus*
    Rachel A. Straus

Attorneys for Defendant
Peet's Coffee, Inc.

Dated: April 13, 2026                    GUTRIDE SAFIER LLP

By: /s/ *Seth A. Safier*
    Seth A. Safier

Attorneys for Plaintiff Sal Munoz

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## <u>ATTESTATION</u>

In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ *Rachel A. Straus*
Rachel A. Straus

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT