UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAL MUNOZ,

Plaintiff,

v.

PEET'S COFFEE, INC.,

Defendant.

Case No. 26-cv-00499-EMC

**ORDER RE SUPPLEMENTAL BRIEFING**

Plaintiff has filed a notice of voluntary dismissal, dismissing his individual claims with prejudice and the claims of the putative class without prejudice. Federal Rule of Civil Procedure Rule 23(e) requires the Court to review and approve a proposed voluntary dismissal, settlement, or other compromise of a certified class's claims. The Ninth Circuit has held that Rule 23(e) also applies to pre-certification dismissals or compromises, but in a much lighter form that does not entail "the kind of substantive oversight required when reviewing a settlement binding upon the class." *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989). Although there has been some uncertainty about whether this holding applies in the wake of the 2003 amendments to Rule 23(e), courts in this district continue to follow *Diaz* to evaluate pre-certification dismissal or compromise of putative class claims. *See, e.g.*, *Ridzuan v. Container Store, Inc.*, No. 26-cv-00619-EMC, 2026 U.S. Dist. LEXIS 136802 (N.D. Cal. June 16, 2026) (applying *Diaz* to a stipulated dismissal); *see also Esparza v. Orvis Co.*, No. 5:25-cv-00630-SSS-SHKx, 2025 U.S. Dist. LEXIS 111183 (C.D. Cal. June 11, 2025) (applying *Diaz* to a voluntary dismissal).

/ / /

United States District Court
Northern District of California

Accordingly, the Court orders the parties to file supplemental briefing and/or evidence regarding the *Diaz* factors. The supplemental briefing shall include a description of all publicity concerning this case and its filing, and address whether any putative class members have communicated with counsel. A joint supplemental brief is strongly preferred. If the parties take divergent positions on any particular factor, they may so note and then each state its respective position. The supplemental brief shall be filed within a week of the date of this order.

**IT IS SO ORDERED**.

Dated: August 26, 2026

EDWARD M. CHEN
United States District Judge